IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**CATERPILLAR FINANCIAL SERVICES CORPORATION,**

    Plaintiff,

v.

**LUKE'S LAND SERVICES, LLC**,

    Defendant.

Civil Action No. 7:14-CV-53 (HL)

## ORDER

Before the Court is Plaintiff Caterpillar Financial Services Corporation's Motion for Default Judgment (Doc. 6). The Court has considered the expediency of holding a damages hearing under Federal Rule of Civil Procedure 55(b)(2) and is not persuaded such a hearing is necessary in this case. Having considered the evidence of Plaintiff's damages contained in the affidavit of Tracey Luke, the Court now grants Plaintiff's motion for default judgment and orders that final judgment be entered in favor of Plaintiff Caterpillar Financial Services Corporation and that Plaintiff have and recover from Defendant Luke's Land Services, LLC a total amount of $77,476.05. This figure is calculated from the amounts of $68,761.58 owed on the loan principal, $1,648.47 in accrued interest, and $7,066.00 in attorney fees, or 15% of the first $500.00 in principal and interest and 10% thereafter.

**SO ORDERED**, this the 30th day of May, 2014.

                                          ***s/ Hugh Lawson***
                                          **HUGH LAWSON, SENIOR JUDGE**

scr